HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RENE CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00002 MJS |
| Plaintiff, | STIPULATION FOR DEFENDANT'S TELEPHONIC APPEARANCE; |
| vs. | ORDER |
| RENE CASTANEDA, | DATE: February 4, 2015 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between Defendant Rene Castaneda, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and Acting Legal Officer for the National Park Services Matthew McNease, that the Defendant be permitted to appear telephonically at the Initial Appearance hearing in the above-captioned matter set for February 4, 2015 at 10:00 a.m.

Defendant resides in Fresno and does not have the financial resources to travel to Yosemite National Park for his initial appearance.  Defendant has two jobs that will not permit his absence on February 4, 2015.

/ / /

/ / /

/ / /

/ / /

The parties respectfully request the court grant a telephonic appearance on February 4, 2015.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 28, 2015                By:   */s/ Megan T. Hopkins*
                                             MEGAN T. HOPKINS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             GARY V. JENKINS


DATED: January 28, 2015                By:   */s/ Matthew McNease*
                                             Matthew McNease
                                             Acting Legal Officer
                                             Yosemite National Park


**O R D E R**

Good cause appearing, the above Stipulation to appear telephonically at the initial appearance in case No. 6:15-mj-00002 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   January 29, 2015                     /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE